UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>United States Department of Justice<br>Consumer Protection Branch<br>450 5th St. NW, Suite 6400<br>Washington, DC 20001,<br>                    Plaintiff,<br>v.<br>NEXWAY SASU, a corporation<br>1 Avenue du General de Gaulle<br>92074 Paris, La Defense, France,<br><br>NEXWAY GROUP AG, a corporation,<br>Gerbergässlein 48<br>4051 Basel, Switzerland,<br><br>ASKNET SOLUTIONS AG, a corporation,<br>(formerly ASKNET AG and NEXWAY AG)<br>Vincenz-Prießnitz-Straße 3<br>76131 Karlsruhe, Germany,<br><br>NEXWAY, INC., a corporation,<br>235 West Lake Center, Number 30,<br>Daly City, CA 94105,<br><br>ASKNET, INC., a corporation,<br>4804 Mission Street, Suite 208<br>San Francisco, CA 94112,<br><br>VICTOR IEZUITOV, also dba VICTOR LEZUITOV, individually and as an officer of NEXWAY SAS, NEXWAY GROUP AG, ASKNET AG, and NEXWAY AG, and<br><br>CASEY POTENZONE, individually and as an officer of NEXWAY SAS, NEXWAY GROUP AG, ASKNET AG, and NEXWAY AG,<br>                    Defendants | Case No. 1:23-cv-00900-TNM<br><br>**STIPULATED MOTION TO ENTER THE STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY RELIEF AND OTHER RELIEF AS TO NEXWAY SASU, NEXWAY GROUP AG, NEXWAY, INC. AND VICTOR IEZUITOV** |

The United States of America (Plaintiff) and Defendants Nexway SASU, Nexway Group AG, Nexway, Inc. (collectively "Nexway") and Victor Iezuitov ("Iezuitov") through counsel, hereby jointly move the Court to enter the Stipulated Order filed by Plaintiff, and as grounds state as follows:

1. A Complaint has been filed in this action. Counsel for the defendants was provided a copy of the filed Complaint on April 5, 2023.
2. The case is an action for injunctive and monetary relief alleging that Defendants Nexway and Iezuitov violated the Federal Trade Commission Act, 15 U.S.C. §§ 45(a), 53(b) and 57b, and the Federal Trade Commission's Telemarketing Sales Rule, 16 C.F.R. Part 310.
3. All parties are represented by counsel.
4. The Stipulated Order includes both injunctive relief and a monetary judgment.

**WHEREFORE**, Plaintiff and Defendants Nexway and Iezuitov request that the Court enter the Stipulated Order filed with the Court for Nexway and Defendant Victor Iezuitov.

Respectfully submitted:

Dated: April 12, 2023

/s/ Claude F. Scott
Claude F. Scott
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
Tel: 202-514-9471
Fax: 202-514-8742
Claude.F.Scott@usdoj.gov

/s/ Laura Riposo VanDruff
Laura Riposo VanDruff
Kelly Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, N.W.
Washington, D.C. 20007
(202) 342-8435
Lvandruff@kellydrye.com
Attorney for Nexway and Victor Iezuitov

## CERTIFICATE OF SERVICE

I, Claude F. Scott, hereby certify that on April 12, 2023, I transmitted the proposed "Stipulated Order For Permanent Injunction and Monetary Judgement and Other Relief as to Defendants Nexway SASU, Nexway Group AG, Nexway, Inc. and Victor Iezuitov" and "Stipulated Motion to Enter the Stipulated Order for Permanent Injunction, Monetary Relief and Other Relief as to Nexway SASU, Nexway Group AG, and Nexway, Inc. and Victor Iezuitov" via electronic mail to the following:

Laura Riposo VanDruff
Kelly Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, N.W.
Washington, D.C. 20007
(202) 342-8435
Lvandruff@kellydrye.com
Attorney for Nexway and Victor Iezuitov

Howard A. Fischer
Francesco Di Pietro
Moses and Singer LLP
The Chrysler Building
405 Lexington Ave.
New York, New York 10174
hfischer@mosessinger.com
fdipietro@mosessinger.com
(212) 554-7872 (Fischer)
(212) 554-7655 (DiPietro)
Attorneys for asknet

Helen Mac Murray
Mac Murray & Shuster
6525 West Compass Oval, Suite 210
New Albany, Ohio 43054
hmacmurray@mslawgroup.com
(614) 939-9955,
Attorney for Casey Potenzone

                                            /s/ Claude F. Scott
                                            Claude F. Scott